In re Petition for DISCIPLINARY AC-TION AGAINST Byron L. ZOTALEY, an Attorney at Law of the State of Minnesota.

No. C1–95–982.

Supreme Court of Minnesota.

Nov. 14, 1996.

*ORDER*

WHEREAS, by opinion filed April 19, 1996, this court suspended Byron L. Zotaley for a period of 6 months effective 14 days from the date of the opinion and provided certain conditions to be complied with by Zotaley prior to his reinstatement, *In Re Disciplinary Action Against Zotaley*, 546 N.W.2d 16 (Minn.1996); and

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed an affidavit with this court stating that Zotaley has filed an affidavit with her office attesting to his compliance with the terms of the opinion and stating that her office has no objection to his reinstatement;

IT IS HEREBY ORDERED that Byron L. Zotaley is immediately reinstated to the practice of law.

BY THE COURT:

Alan C. Page
Associate Justice